■ NEW HEAVEN PROPERTIES LTD., Respondent, v SERGEY GRINBERG et al., Appellants, et al., Defendants. [754 NYS2d 877] —Order, Supreme Court, New York County (Helen Freedman, J.), entered February 7, 2002, which denied appellants' motion to vacate a judgment awarding plaintiff $2,155,057.50, unanimously affirmed, with costs.

Appellants failed to set forth grounds for vacatur of the judgment, which was based on a grant of summary judgment affirmed by this Court (293 AD2d 386 [2002]). The evidence, assuming, arguendo, it was newly discovered, related only to credibility and did not refute the essential findings underlying the judgment regarding appellants' claimed right to an offset,

and thus would not have "probably" resulted in a different outcome (*see Olwine, Connelly, Chase & Weyher v Valsan, Inc.*, 226 AD2d 102, 103 [1996]). Concur—Nardelli, J.P., Mazzarelli, Sullivan, Lerner and Marlow, JJ.